## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD WALKER, Individually on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, YVES C. DE BALMANN, ANN C. BERZIN, JAMES T. BRADY, JAMES R. CURTIS, FREEMAN A. HRABOWSKI III, NANCY LAMPTON, ROBERT J. LAWLESS, JOHN L. SKOLDS, MICHAEL D. SULLIVAN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION,<br><br>               Defendants. | Civil Action No. 11-cv-02165-WDQ<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF W.C. SMITH'S MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT LEAD AND LIAISON COUNSEL** |
| W.C. SMITH, Individually on Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, JAMES R. CURTISS, FREEMAN A. HRABOWSKI, III NANCY LAMPTON, MICHAEL D. SULLIVAN, JAMES T. BRADY, ROBERT J. LAWLESS, YVES C. DE BALMANN, JOHN L. SKOLDS, ANN C. BERZIN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION,<br><br>               Defendants. | Civil Action No. 11-cv-02437-WDQ |

PLEASE TAKE NOTICE that plaintiff W.C. Smith ("Plaintiff"), by his attorneys, pursuant to Local Rule 3.3, will move the Court, the Honorable William D. Quarles, Jr. presiding at the United Stated District Court for the District of Maryland, Baltimore Division, 101 W. Lombard Street, Baltimore, Maryland 21201, for an order consolidating the above-referenced cases and appointing Robbins Umeda LLP as Lead Counsel and Mason LLP as Liaison Counsel for plaintiffs in the consolidated action (the "Motion").

This Motion is based on Plaintiff's Memorandum of Law in Support of his Motion, the Declaration of Gary E. Mason, the proposed order submitted concurrently herewith, all pleadings and papers filed in the actions, and the arguments of counsel.

Dated: September 6, 2011                                    MASON LLP


                                                 /s/ Gary E. Mason
                                               GARY E. MASON

Md. Bar #15033
1625 Massachusetts Ave., NW
Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Attorneys for W.C. Smith and Proposed
Liaison Counsel for Plaintiffs

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ARSHAN AMIRI
LAUREN E. ROSNER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for W.C. Smith and Proposed
Lead Counsel for Plaintiffs

GOLDFARB BRANHAM LLP
HAMILTON LINDLEY
Saint Ann Court

-2-

        2501 N. Harwood Street, Suite 1801
        Dallas, TX 75201
        Telephone: (214) 583-2257
        Facsimile: (214) 583-2234

        Attorneys for W.C. Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2011.

>     /s/ Gary E. Mason
>     GARY E. MASON

648426