## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD WALKER, Individually on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, YVES C. DE BALMANN, ANN C. BERZIN, JAMES T. BRADY, JAMES R. CURTIS, FREEMAN A. HRABOWSKI III, NANCY LAMPTON, ROBERT J. LAWLESS, JOHN L. SKOLDS, MICHAEL D. SULLIVAN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION,<br><br>                  Defendants. | Civil Action No. 11-cv-02165-WDQ<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF GARY E. MASON IN SUPPORT OF PLAINTIFF W.C. SMITH'S MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT LEAD AND LIAISON COUNSEL** |
| W.C. SMITH, Individually on Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, JAMES R. CURTISS, FREEMAN A. HRABOWSKI, III NANCY LAMPTON, MICHAEL D. SULLIVAN, JAMES T. BRADY, ROBERT J. LAWLESS, YVES C. DE BALMANN, JOHN L. SKOLDS, ANN C. BERZIN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION,<br><br>                  Defendants. | Civil Action No. 11-cv-02437-WDQ |

I, GARY E. MASON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the District of Maryland. I am an attorney with Mason LLP, one of the counsel for plaintiff W.C. Smith in *Smith v. Constellation Energy Group, Incorporated, et al.*, Civil Action No. 11-cv-02437-WDQ, filed on August 30, 2011. I submit this declaration in support of Plaintiff W.C. Smith's Motion to Consolidate Related Actions and Appoint Lead and Liaison Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Firm Resume of Robbins Umeda LLP;

Exhibit B:  *Carmona v. Bryant, et al.*, No. CV-OC-0601251, Revised Memorandum Decision and Order on Plaintiff's Motion for Final Approval of Settlement (Idaho Dist. Ct.-Ada Cnty. Jan. 23, 2007); and

Exhibit C:  Firm Resume of Mason LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of September, 2011, at Washington, D.C.

                                                          s/ Gary E. Mason
                                                          GARY E. MASON

648431