UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| W.C. SMITH, Individually on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, JAMES R. CURTISS, FREEMAN A. HRABOWSKI, III, NANCY LAMPTON, MICHAEL D. SULLIVAN, JAMES T. BRADY, ROBERT J. LAWLESS, YVES C. DE BALMANN, JOHN L. SKOLDS, ANN C. BERZIN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION,<br><br>Defendants. | Civil Action No. 11-cv-02437-WDQ<br><br>"APPROVED"<br>7/23/12<br>Date<br><br>/s/ William D. Quarles, Jr.<br>William D. Quarles, Jr.<br>United States District Judge |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff W.C. Smith ("Plaintiff") hereby dismisses the pending complaint in this matter with prejudice pursuant to the parties' settlement and release of substantially identical claims in the parallel action that was pending in the Circuit Court of Baltimore County, Maryland, before Judge Audrey Carrion. Judge Carrion granted final approval of the settlement on June 26, 2012. A true and correct copy of the Order and Final Judgment from the Baltimore County Action is attached hereto as Exhibit A.

WHITFIELD BRYSON & MASON LLP

Dated: July 20, 2012

/s/ Gary E. Mason
Gary E. Mason (Md. Bar #15033)
1625 Massachusetts Ave., NW #605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294